UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Marcus Mable, Jr.,

       Plaintiff,

v.                                       Case No. 16-cv-1781 (JNE/FLN)
                                             ORDER
Jessica Symmes, et al.,

       Defendants.


     This matter is before the Court on a Report and Recommendation filed by the Honorable

Franklin L. Noel, United States Magistrate Judge, on July 6, 2016. No objection has been filed.

The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that

review, the Court adopts the Magistrate Judge's recommendation denying Plaintiff's application

to proceed in forma pauperis because the complaint fails to state a cause of action on which relief

may be granted.

     IT IS THEREFORE ORDERED THAT:

1.  The Report and Recommendation [Docket No. 5] is ADOPTED.

2.  This matter is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(e)(2)(B).

3.  The application to proceed in forma pauperis [Docket No. 2] is DENIED.

4.  Plaintiff's motion to appoint counsel [Docket No. 4] is DENIED AS MOOT.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 18, 2016

                                       s/Joan N. Ericksen
                                       JOAN N. ERICKSEN
                                       United States District Judge